No. 03–8385.   VILLAR v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–8388.   ALONSO-MALDONADO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–8389.   MALONE v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8394.   SMITH v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 03–8395.   SANTOS v. DODRILL, WARDEN.   C. A. 3d Cir. Certiorari denied.

No. 03–8399.   CAMPBELL v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 03–8400.   CHAPPELLE, AKA JESSUP v. UNITED STATES. C. A. 3d Cir.   Certiorari denied.

No. 03–8401.   SCHREIBER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 03–8404.   RAYMER v. BARRON, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 03–8405.   SOLARIO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 03–8410.   GOMEZ LOCKETT v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 03–8413.   CALVIN v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 03–8414.   TORREALBA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 03–8420.   THOMAS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 03–8424.   MENOKEN v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.